IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03107-WYD-CBS

GAY KUHLMANN,

    Plaintiff,

v.

THISTLE COMMUNITY HOUSING, a Non-Profit Corporation, and
ADP TOTAL SOURCE, INC., a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court on review of the Parties' Stipulated Motion to Dismiss with Prejudice.  After a review of the motion and the file, it is hereby

    ORDERED that Stipulated Motion to Dismiss with Prejudice [ECF No. #16], filed May 5, 2011, is **GRANTED.**  It is further

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

    Dated this 5th day of May, 2011.

                  BY THE COURT:


                  s/ Wiley Y. Daniel
                  WILEY Y. DANIEL,
                  CHIEF UNITED STATES DISTRICT JUDGE